█ In the Matter of SEAN A.O. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TRACY O., Appellant.

1440

[801 NYS2d 550]—Appeal unanimously dismissed without costs (*see Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]). Counsel's motion to be relieved of assignment granted (*see Matter of Jordan S.*, 179 AD2d 1091 [1992]). (Appeal from Order of Family Court, Monroe County, John J. Rivoli, J.—Neglect). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.